IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:   Terry A Berry and Jennifer M Berry

CASE NO:   4:17-bk-12950 J                                              Chapter 13

CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

　　　Before the court is the Motion to Dismiss filed by the Trustee on 9/11/2017 as a result of the debtor's failure to make payments as required by the plan. The motion was set for hearing on October 19, 2017. Prior to the hearing, the motion was settled, and a hearing was not necessary.  The court finds that the debtor is in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the debtor complying with the following:

1. The Debtors shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period:    November 2017 thru April 2018

　　　IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the Debtors complying with the above provisions. Failure of the debtor to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing..

Date:  10/25/2017                                                                        /s/   Phyllis M. Jones

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Phyllis M. Jones
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge


cc:   Jack W Gooding, Trustee

　　　The Honey Law Firm - Electronically by ECF

　　　Terry A Berry and Jennifer M Berry
　　　816 W Ashley Street
　　　Benton, AR  72015